# United States District Court

DISTRICT OF **MASSACHUSETTS**

MASSACHUSETTS CARPENTERS CENTRAL
AGENCY ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

## 05 11214 NMG

NATIONAL FOUNDATION CONSTRUCTION, CORP.

TO: (Name and Address of Defendant)

> National Foundation Construction, Corp.
> 22 Hamilton Road
> Woburn, MA 01801

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Christopher N. Souris
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**SARAH A. THORNTON**



JUN - 9 2005

CLERK                                    DATE

BY DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 29, 2005

I hereby certify and return that on 6/20/2005 at 11:11AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to DONNY MCLAUGHLIN, agent, person in charge at the time of service for NATIONAL FOUNDATION CONSTRUCTION CORP., at , 22 HAMILTON ROAD, WOBURN, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.10

*Albert Forgione*
_____
Deputy Sheriff

☐ Returned Unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date              Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.