UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY,  et al )
     Plaintiffs, )
                         ) CIVIL ACTION
v. ) NO.05-11214-NMG
                         )
NATIONAL FOUNDATION CONSTRUCTION, CORP., )
 Defendant. )
_____ )

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, National Foundation Construction Corp., 22 Hamilton Road, Woburn, MA 01801, in the above-captioned action.  Defendant National Foundations Construction Corp., was served with the complaint on June 20, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: August 15, 2005          Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

 _/s/ Christopher N. Souris_____
Attorney for plaintiffs

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to National Foundation Construction Corp., 22 Hamilton Road, Woburn, MA 01801.

/s/ Christopher N. Souris____
Christopher N. Souris