UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Massachusetts Carpenters Central Collection Agency, et al<br>Plaintiff<br><br>V.<br><br>National Foundation Construction, Corp.<br>Defendant | CIVIL ACTION<br><br>NO.  05-11214 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Massachusetts Carpenters Central Collection Agency, et al for an order of Default for failure of the Defendant, National Foundation Construction, Corp., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 19th day of September, 2005.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

                                By:    /s/ Elizabeth E. Elefther
                                                Deputy Clerk

Notice mailed to:
National Foundation Construction Corp.
22 Hamilton Road
Woburn, MA 01801

(Default Notice.wpd - 3/7/2005)